# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# 5:22-cv-00137-RJC

| | |
|---|---|
| BENJAMIN GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Consent Motion for Remand (Doc. No. 15). The Defendant seeks an Order remanding this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Plaintiff's counsel has consented to the Defendant's Motion for Remand.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion for Remand is **GRANTED**. The Commissioner's decision is **REVERSED** and this case is **REMANDED** to the Commissioner for further administrative proceedings.

**IT IS FUTHER ORDERED** that the Plaintiff's Motion for Judgment (Doc. No. 11) is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: May 15, 2023

Robert J. Conrad, Jr.
United States District Judge